96 A.3d 1021

**Laura O'ROURKE, Respondent**

v.

**WORKERS' COMPENSATION APPEAL
BOARD (GARTLAND), Petitioner.**

Supreme Court of Pennsylvania.

July 23, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of July, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

(1) Is Claimant's injury compensable pursuant to § 301(c) of the Pennsylvania Workers' Compensation Act and in terms of the decisions in *Malky v. Kiskiminetas Valley Coal Co. et al.,* 278 Pa. 552, 123 A. 505 (1924) and *Workmen's Compensation Appeal Board (Slaugenhaupt) v. U.S. Steel Corp.,* 31 Pa.Cmwlth.329, 376 A.2d 271 (1977).